# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA LEE MCBRYAN,** | : | CIVIL ACTION NO. 3:17-CV-1401 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL**, Acting Commissioner of Social Security, | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 26th day of June, 2018, upon consideration of the report (Doc. 11) of Magistrate Judge Joseph F. Saporito, Jr., recommending that the court deny the appeal of plaintiff Debra Lee McBryan ("McBryan") from the decision of the administrative law judge denying McBryan's application for disability insurance benefits and supplemental security income, and it appearing that McBryan has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court observing that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of review to dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R.

CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court being in agreement with Judge Saporito that the decision of the administrative law judge is "supported by substantial evidence," 42 U.S.C. § 405(g); Fargnoli v. Massanari, 247 F.3d 34, 38 (3d Cir. 2001), and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 11) of Magistrate Judge Saporito is ADOPTED.

2. The decision of the Commissioner denying McBryan's application for disability insurance benefits and supplemental security income is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against McBryan as set forth in paragraph 2.

4. The Clerk of Court is directed to CLOSE this case.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania