AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| DEBRA LEE MCBRYAN,<br>*Plaintiff*<br>v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>*Defendant* | Civil Action No.  3:17-CV-1401<br>(Chief Judge Conner) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X **other:** JUDGMENT be and is hereby ENTERED in favor of defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security, and against plaintiff DEBRA LEE MCBRYAN, as follows: The Commissioner's decision denying plaintiff Debra Lee McBryan's application for disability insurance benefits and supplemental security income is AFFIRMED, in accordance with the court's order (Doc. 12), dated June 26, 2018.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date:    Jun 26, 2018         *CLERK OF COURT*   PETER WELSH, Acting Clerk of Court

                                                         K. McKinney

                                                         *Signature of Clerk or Deputy Clerk*